IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM FERNANDO YUCAILLA YUCAILLA, | | |
| Petitioner, | | 8:26-CV-022 |
| vs. | | ORDER TO SHOW CAUSE |
| PAMELA BONDI, Attorney General of the United States of America, et al., | | |
| Defendants. | | |

The petitioner, William Fernando Yucailla Yucailla, seeks immediate release from the Sarpy County Jail in Papillion, Nebraska, where he's being held by U.S. Immigration and Customs Enforcement. Filing 1. He alleges, in brief, that he's being detained unlawfully because of the Board of Immigration Appeals' position that he is not entitled to a bond redetermination hearing. *See* filing 1. The Court cannot determine, on the face of the petition, whether the prisoner is entitled to the writ. Accordingly, pursuant to 28 U.S.C. § 2243,

IT IS ORDERED:

1.  The petitioner shall serve his petition and a copy of this order on the respondents as soon as is practicable, and file proof of such service with the Court.

2.  The respondents shall, within three business days of being served, make a return certifying the true cause of the petitioner's detention and showing cause why the writ

should not be granted, unless they file a motion showing good cause for additional time to respond, not to exceed twenty days.

3.    The petitioner may reply in support of his petition within three business days of the respondent's return, unless he files a motion showing good cause for additional time to reply.

4.    When briefing is complete, the Court will set a prompt hearing on this matter, unless the application for the writ and the return present only issues of law.

5.    The respondents are enjoined from removing the petitioner from the United States or from the District of Nebraska until further order of the Court.

Dated this 15th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge